UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                             :

BOARD OF EDUCATION OF THE CITY SCHOOL    :
DISTRICT OF THE CITY OF NEW YORK,        :

                                 :

               Plaintiff,         :          26-CV-3178 (JMF)

                                 :

        -v-                   :             ORDER

                                 :

S.K.S. and L.K.S., *individually and as parents and*    :
   *natural guardians of J.S.*,            :

                                 :

              Defendants.      :

                                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these

previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiff shall serve the Order electronically on counsel for Defendants and file proof of such service on ECF.

SO ORDERED.

Dated: April 21, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

2