

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMY C. TORRES**
*Assistant Corporation Counsel*
Telephone: (212) 356-0877
amytorre@law.nyc.gov

June 9, 2026

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re: *Board of Education of the City School District of the City of New York v. S.K.S. et al.,* Dkt. 26-cv-3178 (JMF)

Dear Judge Furman:

I am the Assistant Corporation Counsel assigned to represent the Plaintiff Board of Education of the City School District of the City of New York in the above-referenced matter. Pursuant to Rule 7 of Your Honor's Individual Rules and Practices in Civil Cases, I write to seek leave to file two certificates of service of the Complaint and Summons with redactions applied to obscure the: (i) street address of Defendants' residence; (ii) GPS coordinates of Defendants' residence; and (iii) full name of each Defendant from the public docket.

As stated in my prior letter motion dated May 20, 2026, ECF No. 9, this action arises under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* ("IDEA"), and is subject to strict privacy regulations that prohibit disclosure of any personally identifiable information that is "linked or linkable to a specific student that would allow a reasonable person in the school community, who does not have personal knowledge of the relevant circumstances, to identify the student with reasonable certainty."  34 C.F.R. § 99.3.

The affidavits of service at issue here contain each Defendants' full name, along with the full address and GPS coordinates of Defendants' private residence.  Such information is "linkable" to a specific student, and must therefore be redacted under 34 C.F.R. § 99.3.  While home addresses are redactable without permission under the Southern District's ECF Privacy Policy (the "Policy"), the Policy's application to GPS coordinates is not clear.  Additionally, the

Policy does not contemplate redactions made to an adult defendant's full name, as is required under the circumstances here.

Consistent with Rule 7.C.iii. of Your Honor's Individual Rules and Practices in Civil Cases, this letter motion is accompanied by unsealed versions of the two certificates of service with the proposed redactions already applied. Unredacted versions of the two certificates of service will also be filed under seal with the proposed redactions highlighted.

Thank you for your consideration of this request.

Respectfully submitted,

/s Amy C. Torres

Amy C. Torres
Assistant Corporation Counsel

cc:    Defendants (by email)

Application GRANTED. Plaintiff is hereby ORDERED to serve a copy of this endorsed letter on Defendants by email.

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

June 10, 2026