UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiff,

-v-

S.K.S. and L.K.S., *individually and as parents and natural guardians of J.S.*,

Defendants.

---

26-CV-3178 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 26, 2026, the Court granted Defendants' request to file any responsive papers as well as the joint letter described at ECF No. 3 **no later than August 24, 2026.** ECF No. 21. To date, however, Defendants have failed to appear in this action. No later than **September 2, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants since their prior submission or if they have any other reason to believe Defendants intend to appear in this action.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JESSE M. FURMAN
United States District Judge